_____ FILED      _____ ENTERED
_____ LODGED   _____ RECEIVED

MAR 1 5 2005   **ES**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                              DEPUTY

03-CV-02793-APP

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

FRIENDS OF THE EAST LAKE
SAMMAMISH TRAIL; CASCADE LAND
CONSERVANCY; and ROBERT W. and
BENTE PASKO,

                Plaintiffs,

    v.

CITY OF SAMMAMISH,

                Defendant,

    and

EAST LAKE SAMMAMISH COMMUNITY
ASSOCIATION,

                Intervenor.

**NOTICE OF APPEAL**

Case No. CV 03-2793C

District Court Judge:
Hon. John C. Coughenour

Notice is hereby given that the East Lake Sammamish Community Association ("ELSCA"), Intervenor in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order granting Plaintiffs' motion for summary judgment and denying Defendant's and Intervenor's motions for summary judgment, entered in this action on January 5, 2005, and this Court's Order denying Intervenor's motion for reconsideration, entered in this action on February 14, 2005.

NOTICE OF APPEAL - 1

**ORIGINAL**

CV 03-2793C



HELSELL
FETTERMAN

1001 Fourth Avenue, Suite 4200
Seattle, WA 98154
Tel: 206-292-1144  Fax: 206-340-0902

1   DATED this __15__ day of March, 2005.

2                                    Respectfully submitted,

3                                    HELSELL FETTERMAN LLP

4

5

6                                    By _____
                                     Michael P. Witek, WSBA #26598
7                                    Attorneys for Intervenor/Appellant
                                     East Lake Sammamish Community Association
8

9
    g:\g drive\ju\elsca\ninth circuit\notice of appeal-031505.doc
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEAL - 2

CV 03-2793C



1001 Fourth Avenue, Suite 4200
Seattle, WA 98154
Tel. 206-292-1144  Fax: 206-340-0902