UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
APR 2 0 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRIENDS OF THE EAST LAKE SAMMAMISH TRAIL; et al., <br><br> Plaintiffs - Appellees, <br><br> EAST LAKE SAMMAMISH COMMUNITY ASSOCIATION, <br><br> Intervenor - Appellant, <br><br> v. <br><br> SAMMAMISH CITY OF, <br><br> Defendant. | No. 05-35261 <br><br> D.C. No. CV-03-02793-JCC <br> Western District of Washington, Seattle <br><br> ORDER |

[MAIL stamp: APR 2 2 2005, CLERK U.S. DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, DEPUTY]

Appellant's motion for voluntary dismissal of the case under Federal Rule of Appellate Procedure 42(b) is granted.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

[A TRUE COPY, CATHY A. CATTERSON, Clerk of Court, ATTEST APR 2 0 2005, by Deputy Clerk]

Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note
to Rule 27 and Ninth Circuit Rule 27-10

03-CV-02793-MAN

pro 4.18